UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MALCOLM WADE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

WERNER TRUCKING COMPANY a/k/a
WERNER ENTERPRISES, INC.,

    Defendant.

Case No. 2:10-CV-270
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

Presently before the Court is the parties' Joint Submission of Proposed Notice Pursuant to the Court's August 2, 2012 Order (Doc. 70) for approval by the Court. The parties' joint Proposed Notice is **APPROVED**. Plaintiff shall send the Notice to the putative class members as soon as practicable, but no later than September 1, 2012. The Notice shall reflect that Consent Forms must be returned (postmarked) within sixty (60) days from the postmark date of the Notice.

**IT IS SO ORDERED.**

_8-17-2012_
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE