UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MALCOLM WADE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

    Case No. 2:10-CV-270
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

WERNER TRUCKING COMPANY a/k/a
WERNER ENTERPRISES, INC.,

    Defendant.

### ORDER

The Court will hold a telephone status conference on **WEDNESDAY FEBRUARY 20, 2013** at **2:00 p.m.** The Court will initiate the call.[1]

**IT IS SO ORDERED.**

\_\_\_2-12-2013_____
**DATED**

\_\_\_\_/s/_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

---

[1] If counsel for either party is unavailable at the above time he or she should contact opposing counsel and then call the undersigned's chambers 614-719-3240 to propose alternative times for the telephone conference.