UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MALCOLM WADE, individually and
on behalf of all others similarly situated,

   Plaintiff,

v.

   Case No. 2:10-CV-270
   JUDGE EDMUND A. SARGUS, JR.
   MAGISTRATE JUDGE MARK R. ABEL

WERNER TRUCKING COMPANY a/k/a
WERNER ENTERPRISES, INC.,

   Defendant.

## ORDER

This matter came before the Court for a telephone status conference on Wednesday, February 20, 2013. The parties informed the Court that they require an additional notice period, regarding the conditionally certified class, due to an accidental failure to disclose certain employees. In light of these circumstances, the Court will allow for an additional sixty (60) day period, from the date of the notice mailing, for consent filings.[1]

As detailed during the status conference, the parties will adhere to the following case schedule:

- The parties will complete discovery by **AUGUST 1, 2013**.

- Dispositive motions are due on or before **SEPTEMBER 3, 2013**.

- Trial in this case is hereby set to begin **MONDAY, JANUARY 13, 2014**.[2]

---

[1] Counsel estimated that notices will be mailed in approximately one week.

[2] A more detailed trial scheduling order, setting a final pretrial conference and other deadlines, will follow.

IT IS SO ORDERED.

2-22-2013
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE