IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALCOLM WADE, individually and on behalf of all others similarly situated, | : : : | Case No. 2:10-CV-00270-EAS-MRA |
| | | Judge Sargus |
| Plaintiffs, | : | |
| | | Magistrate Judge Abel |
| -vs- | : | |
| WERNER TRUCKING COMPANY a/k/a Werner Enterprises, Inc. | : | |
| Defendant. | : | |

**NOTICE OF FILING DEPOSITIONS**

Notice is hereby given that Plaintiffs are filing the condensed stenographic transcriptions of the following depositions in this matter which are cited and referred to in Plaintiffs' Motion for Summary Judgment:

1. Michael Andresen taken August 29, 2013;

2. Matthew Brewer taken July 25, 2013;

3. James Brown taken July 16, 2013;

4. John Cannon taken July 18, 2013;

5. Joseph Casper taken July 17, 2013;

6. Robert Cook taken July 17, 2013;

7. Stephen Dean taken July 25, 2013;

8. Chad Dittberner taken September 10, 2013;

9. Alan Gaston taken October 1, 2013

10. Michael Johnson taken September 11, 2013;

1

11. Neil Kitchen taken July 16, 2013;

12. Joseph Ogier taken July 18, 2013;

13. Christopher Polenz taken September 10, 2013;

14. Troy Sohn taken July 17, 2013;

15. Malcolm Wade taken September 28, 2011; and

16. Guy Welton taken September 11, 2013.

Respectfully submitted,

/s/  Beth J. Nacht
Lance Chapin              (0069473)
Beth J. Nacht             (0076290)
Stein Chapin & Associates, LLC
580 South High Street, Suite 330
Columbus, Ohio  43215
Telephone:    614.221.9100
Facsimile:    614.221.9272
E-mail: lchapin@steinchapin.com
         bnacht@steinchapin.com

Attorneys for Plaintiffs Malcolm Wade, *et al.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Stephen D. Jones, Esq.
>sjones@ralaw.com
>Jeremey S. Young, Esq.
>jyoung@ralaw
>Roetzel & Andress
>155 East Broad Street, 12th Floor
>Columbus, Ohio  43215
>
>	and
>
>Anthony J. Romano, Esq.
>aromano@polsinelli.com
>Robert J. Hingula, Esq.
>rhingula@polsinelli.com
>Polsinelli Shughart PC
>120 West 12th Street
>Kansas City, Missouri  64105
>
>Attorneys for Defendant
>Werner Trucking Company a/k/a Werner Enterprises

>	/s/  Beth J. Nacht
>	Beth J. Nacht	(0076290)
>	Stein Chapin & Associates, LLC
>	580 S. High Street, Suite 330
>	Columbus, Ohio  43215
>	Telephone:	614.221.9100
>	Facsimile:	614.221.9272
>	E-mail:	bnacht@steinchapin.com
>
>	Attorneys for Plaintiffs Malcolm Wade, *et al.*