Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
- - -

Malcolm Wade, et al.,      :
                           :
      Plaintiffs,          :
                           : Case No.
      vs.                  :
                           : 10-cv-00270-EAS-MRA
Werner Enterprises, Inc.,  :
                           :
      Defendant.           :
- - -

TELEPHONIC DEPOSITION OF MICHAEL KEVIN ANDRESEN

Taken at Stein Chapin
580 South High Street, Suite 330
Columbus, Ohio 43215
Thursday, August 29, 2013
11:07 a.m.

- - -

Taken by: Laurel A. Aurigema, RPR

Page 2

       A P P E A R A N C E S

APPEARING ON BEHALF OF THE PLAINTIFFS:

    Beth J. Nacht, Esq.
    Stein Chapin
    580 South High Street, Suite 330
    Columbus, Ohio 43215

APPEARING ON BEHALF OF THE DEFENDANT:

    Robert J. Hingula, Esq.
    Polsinelli
    700 West 47th Street
    Kansas City, Missouri 64112

- - -

Page 3

1    August 29, 2013
2    11:07 a.m.
3    Thursday Morning Session
4           - - -
5           STIPULATIONS
6       It is stipulated by and between counsel
7    for the respective parties that the deposition of
8    MICHAEL KEVIN ANDRESEN, a Witness herein, called by
9    the Plaintiffs for cross-examination under the
10   applicable rules of civil procedure, may be taken at
11   this time by the notary by agreement of counsel and
12   without notice or other legal formality; that said
13   deposition may be reduced to writing in stenotypy by
14   the notary, whose notes may thereafter be
15   transcribed out of the presence of the witness; that
16   proof of the official character and qualification of
17   the notary is waived.
18           - - -

Page 4

1           MICHAEL KEVIN ANDRESEN,
2    being first duly sworn, as hereinafter certified,
3    testifies and says as follows:
4           - - -
5           CROSS-EXAMINATION
6    BY MS. NACHT:
7    Q    Good morning. My name is Beth Nacht. I
8    am the attorney for the Plaintiffs in this case,
9    which is Wade versus Werner. Thank you for being
10   here this morning.
11       Can you please state your full name and
12   spell it for the record.
13   A    Michael Kevin Andresen, A-N-D-R-E-S-E-N.
14   Q    And, Mr. Andreson, would you please
15   provide your address.
16   A    16013 Larimore Avenue, Omaha, Nebraska
17   68116.
18   Q    Mr. Andresen, have you ever had your
19   deposition taken before?
20   A    I have not.
21   Q    Okay. Before we get started, I'm just
22   going to establish some ground rules so that way we
23   can make this go as smoothly as possible and make it
24   as easy for the court reporter to take down.

Page 5

1    I'm first going to ask that we don't talk
2    over each other. If you can wait to respond till
3    I've finished asking my question, and I will offer
4    you the same courtesy. If you're answering a
5    question, I will try my best to refrain from asking
6    the next question until you're done.
7         If you can also provide verbal responses
8    rather than uh-huhs or huh-uhs or gestures,
9    obviously, because we're over the phone, those won't
10   translate.
11        If you need me to repeat a question,
12   please ask me to do so. If you didn't hear me or if
13   you don't understand it, I'd rather you ask me to
14   repeat it than guess.
15        And then if at any point you need a break,
16   that's fine. I just would ask that you answer the
17   question that's been put out there; and then if you
18   need a quick break, we can definitely do that.
19        Mr. Andreson, did you prepare today for
20   this deposition with anyone other than your
21   attorney?
22   A    No.
23   Q    Did you review any documents in
24   preparation for your deposition this morning?

Page 6

1    A    About 20 minutes ago just roughly looked
2    over some job descriptions that literally took me
3    about 60 seconds.
4    Q    Okay. Any other documents that you've
5    looked at besides those job descriptions?
6    A    No.
7    Q    Okay. You're being deposed today as part
8    of a lawsuit which is captioned Wade versus Werner
9    Enterprises. Are you familiar with this litigation
10   at all?
11   A    A little bit, not much.
12   Q    Okay. Can you tell me what you do know.
13   A    I -- what do I know? I believe it has
14   something to do with exempt and nonexempt decisions
15   being made, but I'm not positive.
16   Q    Okay. You were named as -- you were named
17   by Werner's counsel as someone who has knowledge
18   about the responsibilities and duties performed by
19   fleet coordinators and fleet managers. Would that
20   correctly describe your knowledge?
21   A    Yes.
22   Q    Okay. And do you know any of the
23   Plaintiffs involved in this lawsuit?
24   A    No.

Page 7

1    Q    Okay. Can you tell me, what is your
2    position at Werner?
3    A    Director of operations.
4    Q    Okay. And when did you start at Werner?
5    A    October 24, 1989.
6    Q    And when you started, what was your
7    position?
8    A    Fleet manager.
9    Q    Okay. And then after fleet manager, can
10   you just tell me how you progressed to your current
11   position.
12   A    Fleet manager to fleet supervisor to
13   operations manager and dedicated to director of
14   after hours to my current position.
15   Q    Okay. And how long were you a fleet
16   manager?
17   A    Roughly two years.
18   Q    So from 1989 to approximately 1991?
19   A    Somewhere close to that, yes.
20   Q    Okay. And how long were you a fleet
21   supervisor?
22   A    Roughly ten years.
23   Q    And what location were you -- where were
24   you employed as a fleet supervisor?

Page 8

1    A    Omaha.
2    Q    Okay. Have all your positions been in
3    Omaha?
4    A    Yes.
5    Q    Okay. And after you were a fleet
6    supervisor, I believe you said you were an
7    operations manager dedicated?
8    A    Yes.
9    Q    Okay. And how long were you an operations
10   manager dedicated?
11   A    Three years.
12   Q    And then your next position as a director
13   of after hours, how long were you employed in that
14   position?
15   A    Three years.
16   Q    Okay. And when did you begin your current
17   position?
18   A    Roughly five years ago.
19   Q    Okay. And can you tell me -- describe
20   your current position as director of operations and
21   off-hour services.
22   A    Basically, I oversee the supervisors that
23   oversee the fleet managers that have the overall
24   management of the driver.

Page 9

1  Q   So you oversee the supervisors that
2  oversee the fleet managers; is that correct?
3  A   Correct.
4  Q   Okay. And who are the -- what is the
5  title of those individuals that oversee the fleet
6  managers?
7  A   Fleet supervisors and off-hours operations
8  manager.
9  Q   And what's the difference between a fleet
10 supervisor and an off-hours operation manager?
11 A   Fleet supervisor handles the fleet
12 managers. They roughly manage anywhere from eight
13 to ten of them, and then the off-hours operations
14 manager handles all of the fleet coordinators in the
15 off hours for the nondedicated.
16 Q   Okay. And the fleet supervisors, the
17 fleet managers that they oversee, are they also
18 nondedicated?
19 A   Correct.
20 Q   Okay. So your position, would it be fair
21 to say that your position is in a department or
22 division that is not dedicated?
23 A   Correct.
24 Q   Okay. Thank you.

Page 10

1      Can you explain a little bit about your
2  day-to-day responsibilities?
3  A   Well, it's basically directing my fleet
4  supervisors on daily tasks; things that need to be
5  done, processes, policies; making sure they're
6  getting their critical success factors completed.
7  Q   Okay. Do you report to anyone?
8  A   Yes.
9  Q   And who is that?
10 A   Guy Welton.
11 Q   And what is his job title?
12 A   Vice president of operations.
13 Q   Is he the only person that you report to?
14 A   Yes.
15 Q   Okay. How many direct reports do you
16 have?
17 A   Three.
18 Q   And those are the fleet -- how many fleet
19 supervisors?
20 A   Two.
21 Q   And then one off-hours manager?
22 A   Yes.
23 Q   Do you know what a dedicated manager is?
24 A   Yes.

Page 11

1  Q   What is a dedicated manager?
2  A   Dedicated manager is a manager that
3  handles the driver function as well as the relations
4  with the customer.
5  Q   Okay. And do they oversee anybody?
6  A   Yes, they do -- some do; some don't.
7  Q   Okay. And if they do oversee somebody,
8  who would that be?
9  A   Every dedicated site is different. You've
10 got dedicated sites with fleet managers, with load
11 planners, you've not dedicated sites with just a
12 dedicated manager only. It's depending on the size
13 of the account.
14 Q   And these obviously would be on dedicated
15 accounts only?
16 A   Yes.
17 Q   Is a dedicated manager similar to a fleet
18 supervisor and an off-hours operations manager on
19 the nondedicated side?
20 A   They're a little bit different due to the
21 fact they actually have the relationship with the
22 customer, wherein the fleet manager or fleet
23 supervisor, off-hours operations manager, they don't
24 have a direct tie with a customer.

Page 12

1  Q   Okay. And would a dedicated manager who
2  has direct reports, would they be overseeing fleet
3  coordinators?
4  A   They could.
5  Q   And what about fleet managers?
6  A   They could.
7  Q   Okay. And like you said, that just
8  depends on the size of the account?
9  A   Right. They're all unique.
10 Q   Okay. When you were a fleet manager in
11 '89 to '91, can you tell me a little bit about your
12 responsibilities and duties as a fleet manager?
13 A   I basically had to run a board of 50 to 60
14 drivers; and I was responsible for the day-to-day
15 activities and events of that driver involving
16 getting them home on time, keeping them productive,
17 making sure they're staying safe, et cetera, just
18 the day-to-day activity of the driver.
19 Q   Okay.
20 A   I was the owner of that driver -- I'm
21 sorry.
22 Q   Go ahead. I'm sorry. You can finish.
23 A   I was the direct report for those drivers.
24 I was responsible for them.

Page 13

1   Q   And did you report to anybody?
2   A   Yes.
3   Q   Who did you report to?
4   A   I don't recall honestly.
5   Q   Okay. Do you know what -- what the
6   position was? If it's not -- if you don't have the
7   name, that's fine; but do you know who -- what the
8   role was?
9   A   Fleet supervisor.
10  Q   And when you were a fleet manager, was
11  that on a dedicated account or on a nondedicated
12  account?
13  A   Nondedicated.
14  Q   As a fleet manager, did you have authority
15  to make hiring or firing decisions?
16  A   I had the authority to make a
17  recommendation.
18  Q   Did you create driver schedules?
19  A   Could you be more specific?
20  Q   Sure. Did you have any involvement in
21  scheduling of drivers?
22  A   Scheduling what? I'm not following you.
23  Q   Sure. If they had a load to deliver or
24  pick -- or pick up, did you have any involvement in

Page 14

1   deciding where they went or what their specific
2   purpose was for a given day?
3   A   Yes.
4   Q   And what was that role?
5   A   Well, if a driver had a need to get home
6   to get to a terminal, had a special occasion he
7   needed to get to, I was responsible to make sure
8   that that happened.
9   Q   Okay. And what would you do to make sure
10  that happened?
11  A   I would talk to the load planner and tell
12  them this is what this driver is needing.
13  Q   And then would it be the load planner who
14  would make the adjustments to the schedule or the
15  load to make that happen?
16  A   The load planner would make the load
17  assignment, and I was the final buyoff on whether or
18  not that load would work for the driver. So I would
19  either accept it or reject it and ask for another
20  load.
21  Q   Okay. Did you train drivers?
22  A   Absolutely.
23  Q   And what kind of training did you give to
24  drivers?

Page 15

1   A   Train them on, you know, how to be safe;
2   train them on when they need to come out of the
3   house; train them on when the best time it is for
4   them to go home; if they had logging issues, we
5   would walk through logging issues; things like that.
6   Q   Now, would you do that as a formal -- did
7   you have formal training sessions, or is that just
8   some advice you would offer or counseling that you
9   would offer in your interaction with the drivers?
10  A   Both.
11  Q   Would you track their hours for department
12  of transportation regulations?
13  A   Yes.
14  Q   And how would you track their hours?
15  A   We have a logging system in our computer.
16  It shows exactly how many hours they have available,
17  how many hours they've used for the week, et cetera.
18  Q   Okay. When you were a fleet supervisor
19  after you were a fleet manager, did you then go on
20  to supervise fleet managers?
21  A   Yes.
22  Q   Okay. And how did your role as a fleet
23  supervisor differ from that of a fleet manager?
24  A   Just a higher level position, attended

Page 16

1   meetings with higher-ups on decision-making, you're
2   relating to the driver; and then I oversaw the fleet
3   managers, making sure they were doing what they were
4   supposed to be doing.
5   Q   As a fleet supervisor, did you have any
6   oversight of the drivers?
7   A   When you say oversight, what do you mean?
8   Q   Did you have any decision-making authority
9   or discretion over any issues involving the drivers?
10  A   Yes.
11  Q   And what was that?
12  A   It could be discipline issues; it could be
13  riding drivers to a terminal; it could be somebody
14  had an accident, route them in, talk to them, find
15  out what's going on. If we're having drivers with
16  production issues, why they're being low-production
17  drivers. If they have high-idle events, why they're
18  idling so much.
19  Q   Were those types of things that fleet
20  managers were not able to handle?
21  A   No. They would be able to handle those.
22  Q   So in what types of situations would you
23  get involved to handle those?
24  A   If I see something that wasn't getting

Page 17

1  done, I would question the fleet manager on it to
2  find out why this driver wasn't written up for his
3  low production last month, for his high idle last
4  month, for his low production, why a driver has been
5  at home for six days when he's due out two days ago,
6  things like that.
7  **Q      Okay. And then as an operations manager**
8  **dedicated, was that -- was that a promotion from a**
9  **fleet supervisor, or is that a lateral move?**
10 A      That was a promotion.
11 **Q      Okay. And how did that position differ**
12 **from your previous position as a fleet supervisor?**
13 A      I had roughly four or five accounts that
14 were not associated with Omaha; and I had
15 supervisors, dedicated managers, fleet managers at
16 these locations, job locations, performing their
17 responsibilities.
18 **Q      As an operations manager dedicated, did**
19 **you oversee dedicated managers?**
20 A      Yes.
21 **Q      Okay. And would that have been for day**
22 **and night shifts?**
23 A      Yes.
24 **Q      Okay. And then the director of after**

Page 18

1  **hours, how did that differ from the previous**
2  **position as operations manager dedicated?**
3  A      Wasn't involved with the customer. It was
4  strictly working with the fleet coordinators in the
5  off hours.
6  **Q      Okay. In your role as -- in your current**
7  **position, do you have any involvement with fleet**
8  **coordinators and fleet managers?**
9  A      Yes.
10 **Q      And can you describe that involvement?**
11 A      It's just making sure they're doing their
12 day-to-day functions and things they're supposed to
13 be doing, managing the driver.
14 **Q      Do you work on-site with fleet managers**
15 **and fleet coordinators?**
16 A      Yes.
17 **Q      And which location, in Omaha?**
18 A      Yes.
19 **Q      And how many fleet managers or fleet**
20 **coordinators do you currently work with?**
21 A      Fleet managers, roughly 18; and fleet
22 coordinators, 38 to 40.
23 **Q      And do you have daily interaction with**
24 **these 18 fleet managers and 38 to 40 fleet**

Page 19

1  coordinators?
2  A      Most of my interaction is with their
3  supervisors; but I do have interaction, yes.
4  Q      And who -- and it is just at -- in Omaha;
5  is that correct?
6  A      Correct.
7  Q      And these are -- this would be on --
8  involving nondedicated accounts; is that correct?
9  A      Correct.
10 Q      Okay.
11 A      Yes.
12 Q      Do you maintain an office in the same area
13 with these fleet managers and fleet coordinators?
14 A      Yes.
15 Q      And the supervisors for these fleet
16 managers and fleet coordinators, what are those
17 positions called?
18 A      Fleet supervisor and off-hour operations
19 manager.
20 Q      Do fleet managers and fleet coordinators,
21 do they have the same roles, the same job duties?
22 A      For the most part, yes.
23 Q      Is there any main difference between the
24 two of them?

Page 20

1  A      The main difference is the fleet manager
2  is the actual supervisor of the driver, so the
3  driver has to report to the fleet manager. The
4  fleet coordinators, they cover multiple drivers in
5  the off hours. They are making somewhat of the same
6  decisions, but there are some such as writing a
7  driver up, that would be left for the fleet manager,
8  not the fleet coordinator, because we want that to
9  be from the direct report. That's the biggest
10 difference.
11 Q      Okay. What is -- do you know the average
12 hours worked for fleet managers or the average
13 schedule?
14 A      Yes.
15 Q      And what is that?
16 A      It's Monday through Friday ten-hour shift
17 with an hour lunch and then every fifth Saturday for
18 ten hours.
19 Q      And what about fleet coordinators, what
20 does their schedule look like?
21 A      Seven on, seven off Tuesday through
22 Monday. 5:00 at night to 5:00 a.m. with an hour
23 lunch.
24 Q      And this is just specific to those fleet

Page 21

1 managers and fleet coordinators in Omaha on
2 nondedicated accounts, correct?
3   A    Yes.
4   Q    And do you know --
5   A    Maybe some --
6   Q    I'm sorry. Go ahead.
7   A    There may be some dedicated that have
8 that, but I'm not aware. I don't know.
9   Q    And do you know how these fleet managers
10 and fleet coordinators are paid?
11  A    Yes.
12  Q    And how are they paid?
13  A    Like -- are you talking time frame or --
14  Q    Well, is it salary basis, hourly?
15  A    They're all salary.
16  Q    Do you know if there was ever a time since
17 your experience at Werner that they were paid
18 hourly, fleet managers and/or fleet coordinators?
19  A    No.
20  Q    You don't know or there has never been a
21 time that they were paid hourly?
22  A    Don't know. I would say that they've
23 always been salary.
24  Q    Okay. And who sets their schedules?

Page 22

1   A    My boss, myself.
2   Q    So you set the schedules for the fleet
3 managers and fleet coordinators?
4   A    My boss and myself.
5   Q    Who's responsible for safety issues?
6        MR. HINGULA: Objection to the form of the
7 question. It's vague.
8        You can answer if you're able to.
9   A    Everybody.
10  Q    Do you have a safety department?
11  A    Yes.
12  Q    And what does the safety department do?
13  A    Safety department, they will train
14 drivers. They provide orientation to drivers, train
15 them on the Qualcomm; put them through Smith
16 training, which is basically training them how to
17 drive, how to back, et cetera. We have drivers with
18 multiple accidents, the fleet manager will route
19 them in and safety will determine whether or not
20 they're capable of driving.
21  Q    Where is the safety department located?
22  A    On the same campus as our operations
23 building in Omaha.
24  Q    Okay. Do you know how many people work in

Page 23

1 the safety department?
2   A    No.
3   Q    Do you know some of the job titles of
4 employees in the safety department?
5   A    Yes.
6   Q    And can you tell me what those job titles
7 would be?
8   A    I don't know all of them. There's log
9 supervisors. There's director of safety, vice
10 president of safety.
11  Q    Anything else that you can think of?
12  A    No.
13  Q    Are fleet coordinators or fleet managers
14 part of the safety department?
15  A    They play a role in the safety. They're
16 not part of the safety department.
17  Q    What is a dedicated account versus a
18 nondedicated account? And I apologize. I don't
19 know if that's the right terminology as nondedicated
20 account; but when I say nondedicated I'm just
21 meaning an account that is obviously not dedicated.
22  A    Can you tell me what you mean by account.
23  Q    Well, I guess maybe division is the proper
24 term. I'm not sure, and I guess if you can maybe

Page 24

1 explain to me in general what is the difference
2 between something that's dedicated and not
3 dedicated. If there's a fleet manager working, you
4 know, in Omaha doing nondedicated work versus
5 dedicated work, what is the difference?
6   A    Nondedicated is more random-type freight
7 where we're running the 48 states with customers
8 that give us a load. Dedicated is more account
9 specific. So dedicated would be a group of trucks
10 we allocate to one certain account, and they just
11 run the loads for that account.
12  Q    Would all nondedicated employees, would
13 they be employed at the main campus in Omaha?
14  A    Most. We have a few in Denver.
15  Q    And then are there any dedicated positions
16 in Omaha at the main campus?
17  A    Yes.
18  Q    Do you know about how many?
19  A    No.
20  Q    Do you have a training department?
21  A    Training for who?
22  Q    For any positions within Werner.
23  A    Yes.
24  Q    And would that just be one training

Page 25

1  department, or does it depend upon the different
2  positions?
3  A    I suppose it depends on the different
4  positions.
5  Q    Okay. Would -- is there a training
6  department for truck drivers?
7  A    Well, when they're hired, they go through
8  training, yes.
9  Q    Okay. Is that through safety, or is it a
10 different department that does the training when
11 they're hired?
12 A    That's through safety.
13 Q    Okay. And what about fleet coordinators
14 and fleet managers, what type of --
15 A    There's a trainer.
16 Q    There's a trainer for coordinators and
17 managers?
18 A    Yes.
19 Q    And how are new employees trained when
20 they're brought in as fleet coordinators or fleet
21 managers?
22 A    They go through eight weeks of training.
23 They go through six weeks training on days and two
24 weeks -- two weeks on nights.

Page 26

1  Q    And that training is coordinated by a
2  trainer?
3  A    Yes.
4  Q    What happens -- what is the protocol or
5  procedure if a driver breaks down during a run?
6  A    Driver sends in a specific macro, which is
7  basically a message that goes to the fleet manager
8  telling them that they are broke down and what the
9  issue is.
10 Q    And what would a fleet manager do with
11 that message?
12 A    Evaluate the message, determine whether or
13 not he wants road breakdown department to go out and
14 fix his truck.
15 Q    Does he report -- he or she report that to
16 anybody else?
17 A    No.
18 Q    Who's responsible for making sure that
19 drivers do their regular safety training?
20 A    The fleet manager.
21 Q    And how does a fleet manager do that?
22 A    We have monthly, quarterly safety
23 meetings; and the fleet manager is responsible to
24 make sure that every driver gets their safety

Page 27

1  meetings done. They get a report showing who has
2  completed them and who has not.
3  Q    Who does the report come from?
4  A    It's an operations report.
5  Q    So they get the operations report and then
6  contact the driver to let them know if their name is
7  or is not on the report?
8  A    Yeah. You've got ten days to complete
9  your safety meeting, et cetera.
10 Q    Okay. And what happens if they don't
11 complete their safety meeting within the ten days?
12 A    Then we make sure that it gets completed.
13 The fleet manager has the ability to shut that
14 driver down until he completes the safety meeting.
15 Q    Does the fleet manager report that to
16 anybody?
17 A    Well, the fleet supervisor has visual to
18 it as well as the director.
19 Q    Okay. Who's responsible for making sure
20 that drivers have adequate DOT hours to complete an
21 assigned run?
22 A    The driver.
23 Q    And if they don't have -- if a driver
24 doesn't have enough hours, what's the procedure or

Page 28

1  protocol?
2  A    The fleet manager will make sure that
3  driver is shut down.
4  Q    And how does the fleet manager do that?
5  A    How does the fleet manager do that?
6  Q    How does the fleet manager make sure that
7  a driver is shut down?
8  A    The fleet manager ultimately has the
9  responsibility for everything that the driver does.
10 If the fleet manager tells the driver, you don't
11 have enough hours, you need to shut down, the driver
12 shuts down.
13 Q    And how does the fleet manager know if
14 there's enough hours or not?
15 A    We have an automated logging system that
16 they can see.
17 Q    Who has the authority to make hiring and
18 firing decisions with respect to drivers?
19 A    The director and vice president.
20 Q    What about disciplinary actions?
21 A    Fleet managers.
22 Q    And what type of disciplinary action can a
23 fleet manager take?
24 A    They can write drivers up for high idle or

Page 29

1 low production or any type of discipline event, and
2 they can also recommend termination.
3 **Q        What would be the basis for a termination**
4 **recommendation?**
5 A        Driver's not good, has issues for multiple
6 reasons.
7 **Q        Can you give me an example.**
8 A        A driver that took his truck 400 miles out
9 of route and went home, driver that had a customer
10 complaint, driver that is just a low producer, does
11 not utilize their hours, driver that goes home and
12 disappears on us for three or four days without
13 hearing from them.
14 **Q        Are these issues that only -- that anyone**
15 **besides a fleet manager would be aware of?**
16 A        They could alert their fleet supervisor,
17 and the fleet coordinator obviously would be a part
18 of that as well.
19 **Q        Okay. Does a fleet manager typically work**
20 **during days?**
21 A        Yes.
22 **Q        And a fleet coordinator is typically**
23 **during evenings?**
24 A        Off hours, correct.

Page 30

1 **Q        Okay. Are you familiar with the term**
2 **"specialized services"?**
3 A        Yes.
4 **Q        And what is that?**
5 A        Dedicated. This has replaced the
6 dedicated name.
7 **Q        Okay. Thank you.**
8            **What about the term "SS Fleet**
9 **Coordinator 1"?**
10           MR. HINGULA: Objection. I'm not sure
11 there was a question there.
12 **Q        I'm sorry. Are you familiar with the term**
13 **"SS Fleet Coordinator 1," or do you know what that**
14 **is?**
15 A        Specialized service coordinator.
16 **Q        So would that be like a dedicated fleet**
17 **coordinator?**
18 A        Yes.
19 **Q        What -- what is a senior fleet**
20 **coordinator?**
21 A        That position no longer exists.
22 **Q        Do you know if it existed at any point**
23 **between September, 2007, and the present?**
24 A        I do not.

Page 31

1 **Q        What is a VAS department?**
2 A        Value-added services. It's a brokerage
3 division.
4 **Q        And is VAS housed in Omaha?**
5 A        Yes.
6 **Q        And does VAS have fleet managers and/or**
7 **coordinators?**
8 A        I don't know.
9 **Q        Who determines if a job within Werner is**
10 **classified as exempt or not?**
11 A        That would be out of my hands. HR or
12 legal, I would assume. I don't know.
13 **Q        Do you have any involvement in that**
14 **process of determining whether a job within your**
15 **department is classified as exempt or not?**
16 A        That's not my decision.
17 **Q        Do you have any involvement or input?**
18 A        No.
19 **Q        Does Werner have any way of categorizing**
20 **or designating its employees in any way to**
21 **distinguish between levels of expertise or knowledge**
22 **or capability, any type of general categories that**
23 **they use?**
24           MR. HINGULA: I'm going to object to the

Page 32

1 question only in the fact that this witness is being
2 called as an individual witness not a corporate rep.
3           You can answer if you're able to.
4 A        I don't know.
5           MS. NACHT: Okay. I think I'm just about
6 done. I'm going to take a minute and just look over
7 my notes, and we can probably wrap up very shortly.
8           MR. HINGULA: Okay.
9           THE WITNESS: Okay.
10          (Pause in the proceedings.)
11 **Q        Okay. Mr. Andreson, I have just a few**
12 **follow-up questions.**
13          **Can you describe for me a typical day for**
14 **you in your position.**
15 A        I attend a meeting every -- well, let me
16 back up. When I come in, I sign on. I get to my
17 e-mails on things that transpired throughout the
18 evening. I get my daily reports that I look at. I
19 have a meeting with my boss at 8:15. We go over
20 current events, hot topics of the day. I then meet
21 with my supervisors at 9:00, relay that information
22 to them. They in turn meet with their fleet
23 managers, relay the information to them; and then we
24 go on throughout the day. A lot of meetings.

Page 33

1  Q   After those meetings, are you mostly in
2  your office, or are you on the floor with the fleet
3  managers.
4  A   It's both.
5  Q   Do you have direct interaction with the
6  fleet managers or fleet coordinators?
7  A   Yes.
8  Q   And what type of interaction would that
9  be?
10 A   Usually just out there getting my face out
11 there, talking to them, asking them how things are
12 going. You know, if we had an issue with an
13 incident, you know, the supervisor addresses it with
14 them; but I may hit them up on it as well, just
15 depending on the situation.
16 Q   Okay. Do you know if any of the fleet
17 coordinators and/or fleet managers that you work
18 with, if they are involved in this lawsuit?
19 A   I know of one is all.
20 Q   And who is that?
21 A   Mike Johnson.
22 Q   Do you know of any other Plaintiffs in
23 this lawsuit, any other --
24 A   I'm sorry?

Page 34

1  Q   I'm sorry. Any -- do you know of any
2  other Werner employees currently employed or not who
3  have opted into this lawsuit besides Mike Johnson?
4  A   I'm sorry. I misunderstood your question.
5  As far as the Plaintiff side, I know of no one.
6  Q   No one?
7  A   Mike Johnson. No.
8  Q   Okay. That's fine. And Mike Johnson is
9  not a Plaintiff in this lawsuit; is that correct?
10 A   Not to my knowledge, right.
11 Q   Okay. Is there a typical path for
12 promotion for a fleet manager or a fleet
13 coordinator?
14 A   Yes. A fleet coordinator works his way
15 down to a -- works his way into a fleet manager. We
16 hire them as fleet coordinators, and then they work
17 their way into a fleet manager position.
18 Q   And what about a fleet manager, where
19 would a fleet manager go next?
20 A   There could be several places throughout
21 the whole company. There's no set path.
22 Q   Can you give me some examples.
23 A   They could go to dedicated or specialized
24 services. They can go to marketing. They can go to

Page 35

1  value-added services. They can go to fleet
2  supervisor. They could go to safety.
3  Q   And a fleet supervisor, that would be a
4  supervisor of fleet managers; is that correct?
5  A   Right. To go from fleet manager to a
6  fleet supervisor is a promotion.
7  Q   Promotion, okay.
8      Is there anything else -- any other
9  information that you feel would be relevant to this
10 lawsuit that you -- that I haven't asked or that
11 you'd want to share today?
12     MR. HINGULA: Objection to the form of the
13 question.
14     You can answer if you're able to.
15 A   No.
16     MS. NACHT: Okay. I don't have any other
17 questions.
18     MR. HINGULA: We have no questions.
19     Mr. Andreson, the court reporter soon will
20 type out your testimony and everything that we
21 talked about here in writing, and you'll have a
22 chance to review that and sign it. You can waive
23 that right; but my recommendation would be that you
24 get it, review it, and just make sure that, you

Page 36

1  know, spellings are right and things like that. You
2  can't change your answers, but just to make sure of
3  the accuracy of your testimony. Would you prefer to
4  review and sign?
5      THE WITNESS: Yes, please.
6      MR. HINGULA: We'll take care of that.
7          - - -
8      Thereupon, the testimony of August 29,
9  2013, was concluded at 12:01 p.m.
10         - - -

Page 37

```
 1          AFFIDAVIT
 2   STATE OF OHIO     :
 3   COUNTY OF _____:
 4       I, MICHAEL KEVIN ANDRESEN, do hereby
 5   certify that I have read the foregoing transcript of
 6   my deposition given on August 29, 2013; that
 7   together with the errata sheet attached hereto
 8   noting changes and/or corrections, if any, it is
 9   true and correct.
10
11          _____
12          MICHAEL KEVIN ANDRESEN
13
14       I do hereby certify that the foregoing
15   transcript of the deposition of MICHAEL KEVIN
16   ANDRESEN was submitted for reading and signing; that
17   after it was stated to the undersigned Notary
18   Public, that the deponent read and signed the same
19   in my presence on this _____ day of _____,
20   2013.
21          _____
22          Notary Public
23   My commission expires: _____
24
```

Page 38

```
 1          CERTIFICATE
 2   STATE OF OHIO    :
 3   COUNTY OF FRANKLIN :
 4       I, Laurel A. Aurigema, a Notary Public in
 5   and for the State of Ohio, do hereby certify the
 6   within named MICHAEL KEVIN ANDRESEN was by me first
 7   duly sworn to testify to the whole truth in the
 8   cause aforesaid; testimony then given was by me
 9   reduced to stenotypy in the presence of said
10   witness, afterwards transcribed by me, the foregoing
11   is a true and correct transcript of the testimony so
12   given; and this deposition was taken at the time and
13   place as specified on the title page.
14       I do further certify I am not a relative,
15   employee or attorney of any of the parties hereto,
16   and further I am not a relative or employee of any
17   attorney or counsel employed by the parties hereto,
18   or financially interested in the action.
19       In witness whereof, I have hereunto set my
20   hand and affixed my seal of office at Columbus,
21   Ohio, on this 11th day of September, 2013.
22   _____
23   Laurel A. Aurigema, RPR
     Notary Public, State of Ohio
24   My commission expires February 22, 2014.
```